# UNITED STATES BANKRUPTCY COURT
# District of Delaware
# 824 Market Street, 3rd Floor
# Wilmington, DE 19801

**In Re:**  
Andrew J. Klobusicky  
12 Monte Circle  
Wilmington, De 19808  
**SSN:** xxx–xx–5894

**Chapter:** 13

**Case No.:** 10–11853–BLS

## NOTICE OF DISMISSAL

YOU ARE HEREBY NOTIFIED that the debtor(s) chapter 13 petition was dismissed on 2/23/2011 .

David D. Bird, Clerk

Dated: 2/24/11

(VAN–012)